# EXHIBIT LIST - PLAINTIFF'S COMPLAINT
## FREDERICKA A. NORRIS v. METROPOLITAN LIFE INSURANCE COMPANY
### CIVIL ACTION NO. _____

Exhibit "A".................................................................pp. 1, 2
Exhibit "B".................................................................pp. 3, 4
Exhibit "C".................................................................pp. 5, 6
Exhibit "D".................................................................pp. 7, 8
Exhibit "E".................................................................pp. 9, 10
Exhibit "F".................................................................pp. 11, 12
Exhibit "G".................................................................pp. 13-17
Exhibit "H".................................................................pp. 18-22
Exhibit "I".................................................................pp. 23-29
Exhibit "J".................................................................pp. 30, 31
Exhibit "K".................................................................pp. 32, 33
Exhibit "L".................................................................pp. 34, 35
Exhibit "M".................................................................pp.36, 37
Exhibit "N".................................................................pp. 38, 39
Exhibit "O".................................................................pp. 40-42
Exhibit "A".................................................................pp. 43, 44
Exhibit "B".................................................................pp. 45, 46

Submitted by:
Sandra D. Glaze
Attorney for Plaintiff
Ga. Bar No. 518328
Glaze Law, P.C.
1755 North Brown Road
Suite 200
Lawrenceville, Georgia 30043
(678) 690-5175 Phone
(678) 894-8307 Fax
sandraglaze@glazelaw.com Email

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT "A"
## PLAINTIFF'S COMPLAINT p. 3

DESCRIPTION:

OFEGLI adjudicates claims under the FEGLI Program. United States Office of Personnel Management, Federal Employees' Group Life Insurance (FEGLI) Program Handbook (July 2008), Section titled "What Is FEGLI?," page 1, ("FEGLI Program Handbook") *available at* http://www.opm.gov/healthcare-insurance/life-insurance/reference-materials/handbook.pdf last visited March 31, 2014. A true and correct copy of the cited page is attached hereto as Exhibit "A."

i

# COPY    INTRODUCTION

- What Is FEGLI?
- FEGLI at a Glance
- OPM Responsibilities
- OFEGLI Responsibilities
- Agency Responsibilities
- Insured Individual Responsibilities
- Correction of Errors
- Incontestability
- Initial Decision and Reconsideration
- Historical Information

## WHAT IS FEGLI?

The Federal Employees' Group Life Insurance (FEGLI) Program is a life insurance program for Federal and Postal employees and annuitants, authorized by law (chapter 87 of title 5, United States Code). The Office of Personnel Management (OPM) administers the Program and sets the premiums. The FEGLI regulations are in title 5 of the Code of Federal Regulations, part 870.

FEGLI is group term life insurance. It does not build up cash value. You cannot take a loan out against your FEGLI insurance.

OPM has a contract with the Metropolitan Life Insurance Company (MetLife) to provide this life insurance. The MetLife has an office called OFEGLI (the Office of Federal Employees' Group Life Insurance). OFEGLI is the contractor that adjudicates claims under the FEGLI Program.

## FEGLI AT A GLANCE

- Purpose
- Law and Regulations
- Basic Insurance
- Optional Insurance
- Accidental Death and Dismemberment Benefits
- Election
- Effective Date
- Waiver/Cancellation of

- Effect of Separation from Service on Waiver
- Termination of Insurance
- 31-Day Extension of Coverage and Conversion of Insurance
- Eligibility for Life Insurance as an Annuitant or Compensationer
- Post-65 Reductions in the Amount of Insurance

Exhibit "A"
Norris v. MetLife
Civil Action No.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Fredericka A. Norris,                    )
                                         )
         Plaintiff,                      )          CIVIL ACTION NO.
                                         )
                                         )          _____
         vs.                             )
                                         )
                                         )
Metropolitan Life Insurance              )
Company                                  )
                                         )
         Defendant.                      )

EXHIBIT "B"
PLAINTIFF'S COMPLAINT pp. 3,4

DESCRIPTION:

OFEGLI's responsibilities include "processing and paying claims" for

FEGLI policies. *Id.* at p. 11, Section titled "OFEGLI Responsibilities". A true and

correct copy of the cited page is attached hereto as Exhibit "B."

 **OFEGLI RESPONSIBILITIES**

OFEGLI's responsibilities include:

- Processing and paying claims;
- Determining whether an insured individual is eligible for a living benefit;
- Determining whether accidental death and dismemberment benefits are payable;
- Determining an employee's eligibility to cancel a waiver of insurance based on satisfactory medical information; and
- Processing requests for conversion.

# AGENCY RESPONSIBILITIES

- **Headquarters Insurance Officer;**
- **Field Installation Responsibilities;**
- **Counseling;**
- **Other Agency Responsibilities; and**
- **Life Insurance Questions.**

## Headquarters Insurance Officer

The head of each agency must designate a person to serve as the headquarters Insurance Officer (Insurance Officer) for the agency. The agency must notify OPM of the designee's name or any change in the designation. The Insurance Officer is OPM's contact for agency-wide insurance matters.

The agency can email their notification to benefits@opm.gov.

## Field Installation Responsibilities

The head of each agency is responsible for appointing staff at the employing office level who will be responsible for certifying and processing claims, notices, or other information.

An agency may also delegate responsibility for counseling and advising employees and maintaining records to decentralized local operating offices or field installations.

Exhibit "B"
Norris v. MetLife
Civil Action No.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| **Plaintiff,** | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| **vs.** | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| **Defendant.** | ) | |

## EXHIBIT "C"
## PLAINTIFF'S COMPLAINT p. 4

DESCRIPTION:

The FEGLI Program Handbook that is provided to insured individuals stated as follows: "If a claimant thinks he/she is due money from FEGLI benefits and that legal action is necessary to get the money, the claimant must take action in Federal court against the company that OPM contracts with, not against OPM." *Id.* at p. 204, Section titled "Questions Regarding Claims". A true and correct copy of the cited page is attached hereto as Exhibit "C."



- The parent(s) will hold such amount for the sole use and benefit of the minor until the minor reaches adulthood;
- The parent(s) will account to the minor for such amount when the minor reaches adulthood; and
- The parent(s) will hold OFEGLI harmless in the event the minor, when he/she reaches adulthood, brings any legal action challenging OFEGLI's payment of such amount to the minor's parent(s).

## Held on Deposit

If there is no guardian and there are no plans to appoint one, and the proceeds are greater than $10,000, OFEGLI will hold the funds in the minor's name in an interest-bearing account. OFEGLI will pay the funds, plus interest, to the minor when he/she reaches adulthood.

## Designations In Trust For A Minor

When a designation of beneficiary calls for payment to be made in trust for a minor, OFEGLI will determine whether a trust has been established and whether payment can be made in accordance with the designation and trust. If not, then OFEGLI will request that a guardian be appointed by a court. If no guardian is appointed, then payment will be made either to the parent if the proceeds are less than $10,000, or held on deposit until the minor reaches adulthood.

# QUESTIONS REGARDING CLAIMS

If a claimant has a question regarding the status of a claim, he/she must contact OFEGLI at 1-800-633-4542. Overseas beneficiaries should call 212-578-2975.

The following information should be available:

1. The name of the insured employee/retiree/compensationer
2. The insured's social security number
3. The name of the deceased (if different than above), and
4. The date of death of the deceased

If a claimant thinks OFEGLI made an error in paying benefits, he/she must contact OFEGLI.

If a claimant thinks he/she is due money from FEGLI benefits and that legal action is necessary to get the money, the claimant must take action in Federal court against the company that OPM contracts with, not against OPM.

---

Exhibit "C"
Norris v. MetLife
Civil Action No.

6

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Fredericka A. Norris,        )
                                   )

        Plaintiff,         )        CIVIL ACTION NO.
                                   )      _____

        vs.              )

                                   )

Metropolitan Life Insurance    )
Company                     )

        Defendant.      )

## EXHIBIT "D"
## PLAINTIFF'S COMPLAINT p. 6

DESCRIPTION:

The FEGLI Program Handbook stated that Insured had "the right to change or cancel your [his]designation of beneficiary at any time without the knowledge or consent of previous beneficiaries." *Id.* at p. 168, Section titled "Changing or Canceling Designations," *information added.* A true and correct copy of the cited page is attached hereto as Exhibit "D."



COPY

| | | |
|---|---|---|
| Signature of witness | Number and street | City, state and ZIP code |

**Other Formats**

If you want to use some other format, cannot provide the information requested above, or need additional information about designating a trust, please contact OFEGLI in writing at P.O. Box 6512, Utica, NY 13504-6512, or call 1-800-633-4542.

# CHANGING OR CANCELING DESIGNATIONS

- **Your Right to Change or Cancel**
- **Changing Your Designation of Beneficiary**
- **How Long Does My Designation Last?**

## Your Right to Change or Cancel

Unless you have assigned your life insurance, or (effective July 22, 1998) your employing office has received a valid court order requiring benefits to be paid to a specific person(s), you have the right to change or cancel your designation of beneficiary at any time, without the knowledge or consent of any previous beneficiary.

## Changing Your Designation of Beneficiary

To change your designation of beneficiary, complete a new designation form, SF 2823, and submit it to your employing office. This will supersede any prior designation.

If you want to cancel your current designation without naming a new beneficiary, you need to complete a new designation form and submit it to your employing office. On the form write "Cancel Prior Designations" in Part B. When you die, benefits will be paid according to the order of precedence.

## How Long Does My Designation Last?

Your designation of beneficiary remains valid until one of the following things happen:

- You submit a valid new designation either naming a different beneficiary or canceling your previous designation;
- You cancel your insurance;

**U.S. Office Of Personnel Management**       168

Exhibit "D"
Norris v. MetLife
Civil Action No.



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBIT "E"
PLAINTIFF'S COMPLAINT p. 7,8

DESCRIPTION:

OPM's procedure upon receipt of an original Designation of Beneficiary

form and a duplicate of the original from a covered retiree was to "certify it and

return the duplicate copy" to the insured. United States Office of Personnel

Management, Information for Annuitants, Civil Service Retirement System

(CSRS) pamphlet RI20-59, Section titled "Designations of Beneficiary," p. 14,

*available at* https://www.opm.gov/retirement-services/publications-forms/pamphlets/ri20-

59.pdf , last visited March 31, 2014 (Revised June 2013). A true and correct copy

of the cited page is attached hereto as Exhibit "E."

9

## Designations of Beneficiary COPY

You can choose any person to receive any lump-sum benefit as discussed on page 17. If you do not have a Designation of Beneficiary on file, we will pay the first person(s) listed below who is alive on the date the payment becomes due:

a) Your widow or widower,

b) Your child or children (descendants of a deceased child may qualify),

c) Your parents in equal shares or all to the surviving parent,

d) The administrator or executor of your estate (a court order naming the administrator or executor of the estate must be sent with the application), or

e) If none of the above, your next of kin as determined under the laws of the State in which you live.

If you are satisfied with the payment order shown above, there is no need for you to have a Designation of Beneficiary. Remember, unless you change or cancel your designation, the person named - such as a former spouse - will receive the lump-sum benefit. For an SF 2808, *Designation of Beneficiary (CSRS)*, visit our website, call, or write to us at:

> U.S. Office of Personnel Management
> Retirement Operations Center
> P.O. Box 45
> Boyers, PA 16017-0045.

After you complete and return this form in duplicate to the above address, we will certify it and return the duplicate copy to you.


## Actions Needed When You Die

Your survivors should contact us as described on page 1 immediately to notify us of your death. The person who reports the death should be prepared to give us your full name, retirement claim number (CSA number), and date of death. We ask the survivor to leave his name, address, and telephone number so we can call back if we have any questions.

To report a death in writing, your survivors should address correspondence to the:

> U.S. Office of Personnel Management
> Retirement Operations Center
> P.O. Box 45
> Boyers, PA 16017-0045.

The letter should include your full name, retirement claim number (CSA number), date of death, and a death certificate, if possible. The letter also should include the writer's name, address, and telephone number.

Exhibit "E"
Norris v. MetLife
Civil Action No.

14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL ACTION NO.** |
| | ) | _____ |
| | ) | |
| **vs.** | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| **Defendant.** | ) | |

### EXHIBIT "F"
### PLAINTIFF'S COMPLAINT p. 8

DESCRIPTION:

The FEGLI Program Handbook stated that an authorized official of the employing agency, or OPM, if the individual is a retiree, would sign and "receipt" the form received from a covered retiree. *See* OPM FEGLI Program Handbook, *supra* at 160. A true and correct copy of the cited page is attached hereto as Exhibit "F."

COPY

missing beneficiaries and therefore speed up the payment process for difficult cases. However, the number is not absolutely necessary.

## Receipt before Death

*Your employing office must receive your designation of beneficiary before you die for your designation to be valid.* For retirees and those insured as compensationers, OPM is your employing agency. A designation delivered on a weekend or Federal holiday or a day when the office is closed for any reason is not "received," and is not valid, until the next workday. If you die before your employing office's receipt of a new designation of beneficiary, benefits will be paid in accordance with your previous designation on file or under the order of precedence, if there is no previous valid designation.

You should make sure that you obtain the duplicate copy (or copy of the original) of your designation, signed and receipted by an authorized official of your employing agency, to ensure that your designation is properly on file.

## Importance of Updating Designations

It is your responsibility to ensure that your designation of beneficiary remains accurate and reflects your intentions. Benefits will be paid based on a valid designation, regardless of whether that designation still reflects your intentions.

You may want to consider completing a new designation form whenever you have a significant change in your life, such as a marriage, divorce, or death. Be sure it remains accurate and reflects your intentions. A divorce does not invalidate a designation that names your former spouse as beneficiary. You need to complete a new SF 2823 to remove a former spouse.

You need to keep your designated beneficiaries' addresses current. If you do not, OFEGLI may not be able to locate your beneficiary, and therefore benefits will not be paid to that person. The preferred way is to file a new designation of beneficiary whenever a beneficiary's address (or name) changes. You may also ask your employing office to attach a beneficiary's new address to your current designation of beneficiary form; your employing office needs to ensure the attachment is forwarded along with the designation of beneficiary form when you retire or die. A new address cannot be added directly to the designation of beneficiary form itself, since any cross outs, erasures, or alterations in your form may invalidate it.

## Naming Multiple Beneficiaries

If you want to name more than one beneficiary, there are two ways you can do this:

- You can designate percentages or fractions to go to each person, e.g., 50 Percent (or 1/2) to Kirby, 25 Percent (or 1/4) to Kelly, and 25 Percent (or 1/4) to Lester. The total must add up to 100 Percent (or 1.0 for fractions).

Exhibit "F"
Norris v. MetLife
Civil Action No. _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT "G"
## PLAINTIFF'S COMPLAINT p. 8,9

DESCRIPTION:

The expected delivery date for a letter weighing two ounces mailed on Monday, March 10, 2014 by first class postage from the United States Post Office located at 35 Patterson Road, Lawrenceville, Georgia 30044 at the Office of Personnel Management, Retirement Operations Center, P.O. Box 45, Boyers, PA 16017-0045 is Thursday, March 13, 2014 or three days. United States Postal Service Postage Price Calculator Domestic Services, *available at* http://postalcalc.usps.com last visited March 31, 2014. A true and correct copy of the website snapshot is attached hereto as Exhibit "G."

 Mobile Price Calculator    📊 Business Price Calculator    📧 Postal Explorer    🖥 USPS.com

**UNITED STATES POSTAL SERVICE** Postage Price Calculator          ☐ Display All Options          🖨 Print Friendly

## Domestic Services
Letter, weight 0 lb 2 oz (0.057 kg), mailed on March 10 after 9:00 AM
from LAWRENCEVILLE GA 30044 to BOYERS PA 16017

|  |  | Expected Delivery Day | Price | Online Price |
|---|---|---|---|---|
| Priority Mail Express™ Options - Money Back Guarantee |  | >> Click to View these Mailing Options | | |
| Priority Mail Express™ Hold For Pickup Options - Money Back Guarantee |  | >> Click to View these Mailing Options | | |
| Priority Mail® Options |  | >> Click to View these Mailing Options | | |
| First Class Mail® Options |  |  |  |  |
| ○ First-Class Mail® Letter ⑦ |  | Thu, Mar 13 | $0.70 | Not available |
| ○ First-Class Mail® Metered Letter ⑦ |  | Thu, Mar 13 | $0.69 | Not available |
|  |  | Price Description | Price | Online Price |

Product Selected
**No Product Selected**

Priority Mail Express items need to be mailed by a certain time for us to meet our delivery commitment.

Use the Service Commitment Lookup Tool for service commitments and for Priority Mail Express drop-off times and locations.

Add Extra Services >

[< Start Over]    [< Back]

## Priority Mail Express Service Commitments

| Product | Drop-Off By | Facility Type | Address |
|---|---|---|---|
| Priority Mail Express 1-Day™ | Mon, Mar 10 by 5:00 PM | POST OFFICE | 35 PATTERSON RD LAWRENCEVILLE GA 30044 |
| Priority Mail Express 1-Day™ Hold For Pickup | Mon, Mar 10 by 5:00 PM | POST OFFICE | 35 PATTERSON RD LAWRENCEVILLE GA 30044 |

**Related Links**
Customs Form Indicator

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Contact Us ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

 COPY

Exhibit "G"
Norris v. MetLife
Civil Action No.

14

2/27/2014

 Mobile Price Calculator    Business Price Calculator    Postal Explorer    USPS.com

**UNITED STATES POSTAL SERVICE** ®    Postage Price Calculator

☐ Display All Options    🖶 Print Friendly

### Domestic Services

Letter, weight 0 lb 2 oz (0.057 kg), mailed on March 12 after 9:00 AM
from LAWRENCEVILLE GA 30044 to BOYERS PA 16017

| | Expected Delivery Day | Price | Online Price |
|---|---|---|---|
| >> Click to View these Mailing Options | | | |
| >> Click to View these Mailing Options | | | |
| >> Click to View these Mailing Options | | | |
| Priority Mail Express™ Options - Money Back Guarantee | | | |
| Priority Mail Express™ Hold For Pickup Options - Money Back Guarantee | | | |
| Priority Mail® Options | | | |
| First-Class Mail® Options | | | |
| ○ First-Class Mail® Letter ⑦ | Sat, Mar 15 | $0.70 | Not available |
| ○ First-Class Mail® Metered Letter ⑦ | Sat, Mar 15 | $0.69 | Not available |

| Price Description | Price | Online Price |
|---|---|---|

Product Selected

### No Product Selected

Priority Mail Express items need to be mailed by a certain time for us to meet our delivery commitment.

Use the Service Commitment Lookup Tool for service commitments and for Priority Mail Express drop-off times and locations.

[ < Start Over ]    [ < Back ]      [ Add Extra Services > ]

### Priority Mail Express Service Commitments

| Product | Drop-Off By | Facility Type | Address |
|---|---|---|---|
| Priority Mail Express 1-Day™ | Wed, Mar 12 by 5:00 PM | POST OFFICE | 35 PATTERSON RD LAWRENCEVILLE GA 30044 |
| Priority Mail Express 1-Day™ Hold For Pickup | Wed, Mar 12 by 5:00 PM | POST OFFICE | 35 PATTERSON RD LAWRENCEVILLE GA 30044 |

**Related Links**
Customs Form Indicator

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Contact Us › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |


COPY

15

2/27/2014

# United States Postal Service

## Postage Price Calculator
## Domestic Services

COPY

Letter, weight 0 lb 2 oz (0.057 kg), mailed on March 10 after 9:00 AM
from LAWRENCEVILLE GA 30044 to BOYERS PA 16017

| Priority Mail Express™ Options - Money Back Guarantee | Scheduled Delivery Day | Price | Online Price |
|---|---|---|---|
| Priority Mail Express 1-Day™ | Tue, Mar 11 by 3:00 PM | $23.70 | $20.42 |
| Priority Mail Express 1-Day™ Flat Rate Envelope<br>USPS-Produced Envelope: 12-1/2" x9-1/2" | Tue, Mar 11 by 3:00 PM | $19.99 | $18.11 |
| Priority Mail Express 1-Day™ Legal Flat Rate Envelope<br>USPS-Produced Envelope: 15" x9-1/2" | Tue, Mar 11 by 3:00 PM | $19.99 | $18.11 |
| Priority Mail Express 1-Day™ Padded Flat Rate Envelope<br>USPS-Produced Envelope: 12-1/2" x9-1/2" | Tue, Mar 11 by 3:00 PM | $19.99 | $18.11 |

| Priority Mail Express™ Hold For Pickup Options - Money Back Guarantee | Scheduled Delivery Day | Price | Online Price |
|---|---|---|---|
| Priority Mail Express 1-Day™ Hold For Pickup | Tue, Mar 11 by 3:00 PM | $23.70 | $20.42 |
| Priority Mail Express 1-Day™ Flat Rate Envelope Hold For Pickup<br>USPS-Produced Envelope: 12-1/2" x9-1/2" | Tue, Mar 11 by 3:00 PM | $19.99 | $18.11 |
| Priority Mail Express 1-Day™ Legal Flat Rate Envelope Hold For Pickup<br>USPS-Produced Envelope: 15" x9-1/2" | Tue, Mar 11 by 3:00 PM | $19.99 | $18.11 |
| Priority Mail Express 1-Day™ Padded Flat Rate Envelope Hold For Pickup<br>USPS-Produced Envelope: 12-1/2" x9-1/2" | Tue, Mar 11 by 3:00 PM | $19.99 | $18.11 |

| Priority Mail® Options | Expected Delivery Day | Price | Online Price |
|---|---|---|---|
| Priority Mail 2-Day™ | Wed, Mar 12 | $5.85 | $5.35 |
| Priority Mail 2-Day™ Flat Rate Envelope<br>USPS-Produced Envelope: 12-1/2" x9-1/2" | Wed, Mar 12 | $5.60 | $5.05 |
| Priority Mail 2-Day™ Legal Flat Rate Envelope<br>USPS-Produced Envelope: 15" x9-1/2" | Wed, Mar 12 | $5.75 | $5.25 |
| Priority Mail 2-Day™ Padded Flat Rate Envelope<br>USPS-Produced Envelope: 12-1/2" x9-1/2" | Wed, Mar 12 | $5.95 | $5.70 |
| Priority Mail 2-Day™ Gift Card Flat Rate Envelope<br>USPS-Produced Envelope: 10" x7" | Wed, Mar 12 | $5.60 | $5.05 |
| Priority Mail 2-Day™ Small Flat Rate Envelope<br>USPS-Produced Envelope: 10" x6" | Wed, Mar 12 | $5.60 | $5.05 |

16

Postage Price Calculator

| | Wed, Mar 12 | $5.60 | $5.05 |

## Priority Mail 2-Day™ Window Flat Rate Envelope
USPS-Produced Envelope: 10" x 5"

| First-Class Mail® Options | Expected Delivery Day | Price | Online Price |
|---|---|---|---|
| | Thu, Mar 13 | $0.70 | Not available |
| First-Class Mail® Letter | Thu, Mar 13 | $0.69 | Not available |
| First-Class Mail® Metered Letter | | | |

## Priority Mail Express Service Commitments

| Product | Drop-Off By | Facility Type | Address |
|---|---|---|---|
| Priority Mail Express 1-Day™ | Mon, Mar 10 by 5:00 PM | POST OFFICE | 35 PATTERSON RD LAWRENCEVILLE GA 30044 |
| Priority Mail Express 1-Day™ Hold For Pickup | Mon, Mar 10 by 5:00 PM | POST OFFICE | 35 PATTERSON RD LAWRENCEVILLE GA 30044 |

Priority Mail Express Items need to be mailed by a certain time for us to meet our delivery commitment.

Use the Service Commitment Lookup Tool for service commitments and for Priority Mail Express drop-off times and locations.

Copyright© 2014 USPS. All Rights Reserved.



2/2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBIT "H"
PLAINTIFF'S COMPLAINT p. 9

DESCRIPTION:

According to historical data from the National Climatic Data Center ("NCDC") for March 2012, the eastern United States experienced record breaking warm temperatures and there were no notable weather-related events to cause mail delivery of Insured's 2012 DoB from the Lawrenceville, Georgia post office to OPM to be delayed beyond the normal expected delivery date. National Oceanic and Atmospheric Association ("NOAA") National Climate Data Center, State of the Climate: National Snow & Ice for March 2012, Section titled "Overview/Notable Events," *available at* http://www.ncdc.noaa.gov/sotc/snow/2012/3

last visited March 31. 2014 (Published online April 2012).  A true and correct copy

of the website snapshot is attached hereto as Exhibit "H."

# National Snow & Ice - March 2012

*The NCDC anticipates an early 2014 release of its new climate division database. For details on this transition, please visit our public FTP site and our U.S. Climate Divisional Database site.*



National Animated Loop
click to play



Northern Hemisphere Animated Loop
click to play

Overview | Notable Events

## Overview:

During March, an amplified weather pattern brought record and near-record warm temperatures to the eastern two-thirds of the nation, limiting snowfall for a large area of the country. Across the Pacific Northwest, which experienced below-average temperatures for the month and above-average precipitation, snowfall was plentiful, as several large Pacific storms impacted the region. At the beginning of the month, 36.2 percent of the contiguous U.S. was snow covered — much of New England and New York, the Great Lakes, Northern Plains, and the high elevations of the West. The light snow depths across the Northeast, Great Lakes, and Northern Plains quickly

COPY

Exhibit "H"
Norris v. MetLife
Civil Action No.

melted as the warm temperatures became anchored across those regions. On March 31st, 8.8 percent of the contiguous U.S. had snow on the ground, with very shallow snow depths across the Northeast and parts of Michigan, and more robust snow depths across the highest terrain of the West.



**U.S. March Snow Cover Extent Anomalies**
Source: Rutgers Global Snow Lab

According to data from the Rutgers Global Snow Lab, the monthly snow cover extent across the contiguous U.S. was approximately 502,000 square miles, which is 241,000 square miles below the long-term average. This was the fourth smallest March snow cover extent on record for the contiguous United States.

According to data from the U.S. Department of Agriculture, snowpack levels at the end of March were mixed. The Pacific Northwest had snowpack levels which were much above normal, with near-normal snowpack stretching into the Northern Rockies. Parts of Washington's Olympic Peninsula had snowpack totals greater than 180 percent of normal. The rest of the mountainous West had much-below-normal snowpack totals, stretching from the Sierra Nevadas, across the Great Basin, and into the Central and Southern Rockies. Many locations from California to Colorado had snowpack levels less than half of normal. The amount of snowpack at this time of year is important in determining the water supply for the region during the upcoming summer period. Alaska generally had above-normal snowpack, with below-normal snowpack along the northern coast.

**Summary of Notable Snow Events:**

As much of the eastern U.S. was basking in record breaking warmth, an upper-level trough brought cooler-than-average conditions and late-season precipitation to the Pacific Northwest. On March 22nd, a large Pacific extra-tropical cyclone slammed into the West Coast, dumping upwards of three feet of snow across the high elevations of the Washington and Oregon Cascade Mountains. The 0.5 inch of snow that fell at the Portland, Oregon airport was the largest snowfall accumulation this late in the season. Salem and Eugene, Oregon both set new March snow storm records with 2.5 and 7.5 inches of snow, respectively. This storm was part of a larger and persistent weather pattern which brought much-above-average precipitation and below-average temperatures to the region during March. The 7.89 inches of precipitation that accumulated in Portland was a new monthly record.

COPY



National Snow Precipitation
24-Hour Total Ending 2012-03-22 (A)

March 2012 / National Analysis 2012
22 March Pacific Northwest Snowfall
Source: National Snow Analysis

COPY

## Citing This Report

NOAA National Climatic Data Center, State of the Climate: National Snow & Ice for March 2012, published online April 2012, retrieved on February 12, 2014 from http://www.ncdc.noaa.gov/sotc/snow/2012/3.

- Contact
- About NCDC

- Privacy
- FOIA
- Information Quality
- Disclaimer

- Department of Commerce
- NOAA
- NESDIS

USA.gov

Ready

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT "I"
### PLAINTIFF'S COMPLAINT p. 11

DESCRIPTION:

On or about July 20, 2012, Plaintiff submitted a valid Application for

Death Benefits (Standard Form 2800) for Insured's death benefits. A true and

correct copy of the Plaintiff's Application is attached hereto as Exhibit "I."

Form Approved
OMB No. 3206-0156

# Application for Death Benefits
## Civil Service Retirement System



**CSRS**
Civil Service
Retirement System

COPY

| | |
|---|---|
| 1. Full name of deceased (last, first, middle) | 2. Date of birth (mm/dd/yyyy) 7/21/36 |
| 3. Date of death (mm/dd/yyyy) (Attach a certified copy of the death certificate) 4-7-12 | 4. Social Security Number ▓▓▓▓-7507 |
| | 6. CSA number (if retired) 27290018 |
| 5. List any other names the deceased used (such as maiden name or his/her middle name) | 7b. OWCP claim number |

7a. Was the deceased applying for or receiving workers' compensation from the Office of Workers' Compensation Programs (OWCP), Department of Labor?  ✓ No ☐ Yes →

8. What was deceased person's employment status at time of death (see pamphlet entitled "Applying for Death Benefits Under the Civil Service Retirement System"). ☐ Former employee ✓ Retiree
Employee → Complete SF 2800A, which can be obtained from the deceased person's former employing agency.

9. Name of deceased person's spouse at time of death (if not married at time of death write "none")
Linda Sellers

| 10a. Name of deceased person's spouses from all former marriages | 10b. How did each marriage end? | | 10c. Date each marriage ended |
|---|---|---|---|
| Margaret Sellers | ☐ Divorce/annulment ☐ Death | ☐ A court has awarded this former spouse a survivor benefit. | |
| | ☐ Divorce/annulment ☐ Death | ☐ A court has awarded this former spouse a survivor benefit. | |

| | | |
|---|---|---|
| 1. Your full name (last, first, middle) Norris, Fredericka, A | 2. Date of birth (mm/dd/yyyy) 1/3/74 | 3. Social Security Number ▓▓▓-c2x0 |
| 4a. Are you a citizen of the United States of America? ✓ Yes ☐ No | 4b. What country are you a citizen of? USA | |

5. I am applying for benefits as (check all boxes that apply):
- ✓ Designated beneficiary (attach copy of designation, if available)
- ☐ Child (or descendant of deceased child or guardian of minor or disabled child)
- ☐ Parent of decedent (Each parent should complete a separate application. If one parent is deceased, attach a copy of the death certificate.)
- ☐ Other (specify):

☐ Widow(er) → Complete Section C below
☐ Former spouse → Complete Section D below
☐ Executor or administrator of estate (attach copy of court order)

6. Did you cash any check(s) issued to the deceased after the date of death, did you withdraw from the deceased's savings or checking account retirement monies paid by Direct Deposit after the date of death, or did you withdraw from or use a Direct Debit card belonging to the deceased?

✓ No ☐ Yes → **Any uncashed checks must be returned to the Treasury. It is a violation of law for anyone to withdraw payments deposited after the death of the deceased named above.**

| | 2. Date of marriage (mm/dd/yyyy) |
|---|---|
| 1. Marriage performed by ☐ Clergy/Justice of Peace ☐ Other (explain) | 3b. Date of remarriage (mm/dd/yyyy) |
| 3a. Have you remarried after your spouse died? ☐ No ☐ Yes → | |

4a. Have you ever applied for a survivor annuity based on the Federal service of a deceased spouse other than the one named above in Section A.1?
☐ No → Go to Section E ☐ Yes → Complete items 4b-4e below

| Date of birth (mm/dd/yyyy) |
|---|
| 4b. Name of deceased former spouse | | Claim number (assigned to you by retirement system in item 4d.) |
| 4d. Name of retirement system (for example, Civil Service, Foreign Service) | |

Exhibit "I"
Norris v. MetLife
Civil Action No.

## Section D - Information About the Deceased Person's Former Spouse
*(Complete if you are a former spouse)*

| 1a. Date of marriage to the deceased *(mm/dd/yyyy)* | 1b. Date of divorce or annulment from the deceased *(mm/dd/yyyy)* |
|---|---|

**2.** Is there a court order awarding you any portion of the deceased person's CSRS retirement or survivor benefits?

☐ Yes, on record at OPM    ☐ Yes, attached    ☐ No

**3.** Are you paying for Federal Employees Health Benefits coverage to a former employing office?

☐ No ➡ Go to item 4a    ☐ Yes ➡ Go to item 3b

**3b.** Give name and address of agency where you send health benefits premiums:

| 4a. Have you married since your marriage to the deceased ended?  ☐ No ➡ Go to item 5a    ☐ Yes ➡ Go to item 4b | 4b. Date of first marriage after marriage to deceased ended |
|---|---|

**5a.** Have you ever applied for a survivor annuity based on the Federal service of a deceased spouse or former spouse other than the one named on page 1, Section A.1?

☐ No ➡ Go to item 6    ☐ Yes ➡ Complete items 5b-5e below

| 5b. Name of deceased former spouse | 5c. Date of birth *(mm/dd/yyyy)* |
|---|---|
| 5d. Name of retirement system *(for example, Civil Service, Foreign Service, etc.)* | 5e. Claim number assigned to you by retirement system in item 5d. |

**6.** If you checked "Employee" in Section A.8, your former spouse performed more than 18 months of creditable civilian Federal service, you were married to the deceased for at least 9 months, and a court awarded you all or a portion of the survivor annuity, contact the deceased person's employing agency in order to complete the necessary election in Standard Form 2800A.

## Section E - Information About the Deceased Person's Dependent Children

**1a.** Are there any unmarried dependent children as defined in the instructions?

☐ Yes ➡ Complete items 1b-1f below    ☐ No ➡ Go to Section F

| 1b. Name(s) of unmarried dependent children *(list in order of birth)* | 1c. Date of birth *(mm/dd/yyyy)* | 1d. Child's relationship to deceased *(child of former marriage, adopted, etc.)* | 1e. Age 18 or over | | 1f. Child's Social Security Number |
|---|---|---|---|---|---|
| | | | Student | Disabled | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**2.** Is there a child of the deceased not yet born?

☐ Yes ➡ When born, send birth certificate for child to OPM    ☐ No

**3a.** Do you (the applicant) have responsibility for all the children in Section E.1?

☐ No ➡ Complete items 3b-3d below    ☐ Yes

| 3b. Name and address of person having responsibility for child | 3c. Name(s) of children | 3d. Custodian's Relationship to child |
|---|---|---|
| | | Legal guardian ☐<br>Other ☐ ➡ Specify |
| | | Legal guardian ☐<br>Other ☐ ➡ Specify |
| | | Legal guardian ☐<br>Other ☐ ➡ Specify |

COPY

Standard Form 2800
Revised November 2011



COPY

## Section F - Information About Other Heirs

List other relatives who can inherit from the deceased as explained in the instructions. Do the best you can without delaying your application.

| 1. Full name of relative | 2. Complete address | 3. Relationship to deceased | 4. Social Security Number if known |
|---|---|---|---|
| Muna Sellers | | daughter | |
| | | | |
| | | | |
| | | | |

## Section G - Information About the Deceased Person's Estate

| | | |
|---|---|---|
| 1. Has an executor, administrator or other official been appointed by the court to settle the estate of the deceased? | 2. Full name and address of person appointed | |

| No → Go to item 3 below | Yes → | | Yes | No |
|---|---|---|---|---|

3. If an executor, administrator or other official has not been court appointed, will one be appointed?  Yes  No

## Section H - Active Military Service *(Complete ONLY if you are the surviving spouse or former spouse)*

Complete if deceased was an employee at time of death. Do not complete if the deceased was retired at the time of death, since OPM already has this information.

1. If the deceased performed active, honorable service in the Armed Forces or other uniformed service as described in the instructions, complete all items below and attach a copy of the discharge certificate or other certificate of active military service (if available).

| 1a. Branch of service | 1b. Dates of active duty | |
|---|---|---|
| | From | To |
| | | |
| | | |

Complete if deceased was an employee at time of death. Also, complete and attach Standard Form 2800A which can be obtained from the deceased person's employing agency.

2. If any of the above listed service was performed after 12/31/56, was a deposit made to the Retirement Fund for the service?   Yes   No   Don't know

All spouses and former spouses complete 3a-3c.

3a. Was the deceased receiving military retired pay at the time of death?   Yes   No   Don't know

3b. Did the deceased ever waive military retired pay?   Yes   No   Don't know

3c. Are you eligible for military survivor benefits? *(Attach verification of your eligibility/ineligibility for such benefits.)*   Yes   No

## Section J - Payment Instructions

1. Federal benefits payments will be made electronically by Direct Deposit into a savings or checking account or by a Direct Express debit card provided by the Department of the Treasury. See SF 2800-1 for additional information. This does not apply to you if your permanent payment address is outside the United States in a country not accessible via Direct Deposit. Please select one of the following:

 ✓ Please send my annuity payments to my checking or savings account. *(Go to item 2 on page 4.)*

 Please send my annuity payments to my Direct Express debit card. *(Go to Section J.)*

 My permanent payment address is outside the United States in a country not accessible via Direct Deposit/Direct Express. *(Go to Section J.)*

Standard Form 2800X
Revised November 2011



# COPY Claim for Death Benefits

**FEGLI**

Federal Employees' Group Life Insurance (FEGLI) Program

**MetLife**

## Part 1: Select Method to Receive Your Payment

Please **SELECT ONE** method of settlement in order to receive your payment. By selecting below, you confirm that you have read the enclosed materials on both FEGLI payment options (Check and MetLife Total Control Account).

[X] **Check**
Your payment will be sent via the U.S. Postal Service to the address you enter below.

[ ] **MetLife Total Control Account (TCA)**
You are eligible for a MetLife TCA if your payment is for $5,000 or more. *MetLife TCA is not a bank account and is not FDIC-insured.* See Page 2 for more details.

*If no box is checked above (and your payment is $5,000 or more), a MetLife Total Control Account will be established in your name and your payment will be deposited on your behalf.*

## Part 2: Enter the Following Information to Receive Payment

Please complete, in ink, the information below. This information is needed to send you a check or to open your MetLife Total Control Account. Even if this information is provided elsewhere on this form, you must also provide it here.

| | |
|---|---|
| Your signature | *Fredericka G. Nunis* |
| Your name *(please print)* | Fredericka A. Nunis |
| Address *(number, street, apartment number)(P.O. Box is NOT acceptable)* | ██████████████████ |
| City, State, ZIP Code | Dacula GA 30019 |
| Your Social Security Number *or* Estate/Trust/Tax ID Number | ██████ 0 2 8 6 |
| Date *(mm/dd/yyyy)* 7/20/2012 | Daytime telephone number (470) 800-4720 Area Code | Evening telephone number (678) 800-4720 Area Code |

## Please return pages 3 through 5 to OFEGLI

Form FE-6
Revised February 2011
MetLife OFEGLI Form in Adobe Acrobat PDF (02-11)

Do NOT use previous editions

## Part A. Information About the Deceased (Everyone must complete this part)

| 1. Deceased's full name *(Last) (First) (Middle)* | 2. Date of birth *(mm/dd/yyyy)* | 3. Date of death *(mm/dd/yyyy)* |
|---|---|---|
| Seiler, Fred Douglas | 7/31/56 | 4/7/2012 |

| 4. Social Security Number | 5. Legal residence at time of death *(City and state)* |
|---|---|
| ▓▓▓▓▓ 7 5 0 7 | Dacula GA 30019 |

| 6. Department or agency in which last employed, including bureau or division | 7. Location of last employment *(City, State, ZIP code)* |
|---|---|
| U.S. Post Office | New York, New York 10001 |

8. At the time of death, was the deceased retired and receiving a monthly annuity under any Federal civilian retirement system?

Yes [✓]   No [ ]   Unknown [ ]   If "Yes", provide the Claim number (CSA, CSF, CSI) _____
*Special Note: Social Security monthly payments are not Federal civilian retirement annuities.

9. At the time of death, was the deceased receiving Federal Worker's Compensation benefits?

Yes [ ]   No [✓]   Unknown [ ]   If "Yes", provide the effective date of Federal Workers' Compensation benefits _____ *(mm/dd/yyyy)*

## Part B. Information About the Deceased's Family (Everyone must complete this part)

| 1. How many times was the deceased married? | 2. Give the name of each spouse *(include ALL marriages)* | 3. How did the marriage end? *(Check one in each case)* | | 4. When did the marriage end? *(mm/dd/yyyy)* |
|---|---|---|---|---|
| 2 | Linda Seiler | Death [ ] | Divorce [ ] | In the process |
| | Margaret Seiler | Death [ ] | Divorce [ ] | |
| | | Death [ ] | Divorce [ ] | |

| 5. Did the deceased have any living children on the date of his/her death? | 6. Did the deceased have any children who died before the date of his/her death? |
|---|---|
| Yes [ ]  No [ ]   If Yes, how many? | Yes [ ]  No [ ]   If Yes, how many? |

## Part C. Information About You (Everyone must complete items 1, 2 and 3)

| 1. Your name *(Last) (First) (Middle)* | 2. Your relationship to the deceased | 3. Your date of birth *(mm/dd/yyyy)* |
|---|---|---|
| Norris Fredericka Ann | fiancée | 1/3/1974 |

### Complete Items 4 through 13 only if you are the deceased's widow or widower

| 4. Date of marriage *(mm/dd/yyyy)* | 5. Place of marriage *(City and state)* | 6. Marriage was performed by: |
|---|---|---|
| | | Clergy or Justice of the Peace [ ]<br>Other *(specify)* [ ] |

| 7. Were you living with the deceased at the time of death? | 8. Were you divorced from the deceased at the time of death? | 9. If you were divorced from the deceased, give the date *(mm/dd/yyyy)* and place of the divorce. |
|---|---|---|
| Yes [ ]   No [ ] | Yes [ ]   No [ ] | |

| 10. How many times were you married? | 11. Give the name of each spouse *(include ALL marriages)* | 12. How did the marriage end? *(Check one in each case)* | | 13. When did the marriage end? *(mm/dd/yyyy)* |
|---|---|---|---|---|
| | | Death [ ] | Divorce [ ] | |
| | | Death [ ] | Divorce [ ] | |
| | | Death [ ] | Divorce [ ] | |

## Everyone must complete Parts D and E unless you are the deceased's widow or widower

## Part D. Information About the Deceased's Next of Kin

1. List below the name, age, relationship, and address of:
   (a) Widow or widower;
   (b) If there is no surviving widow or widower, list the child or children of all the deceased's marriages (include adopted children and children born out-of-wedlock) and the descendants of any deceased child or children (use additional sheets if necessary);

(c) If there are no children, list the parents; if one or both parents are deceased, so state and give the date of death;
(d) If there are no survivors in (a) through (c), list the next of kin who may be capable of inheriting from the deceased (brothers, sisters, descendants of deceased brothers, sisters, etc.). (Use additional sheets if necessary).

| Name | Age | Relationship to the deceased | Full address |
|------|-----|------------------------------|--------------|
| Mina Ellers | | | |
| Linda Ellis | | | |
| | | | |
| | | | |

### Fill in items 2 and 3 only if any of the persons listed above are under age 18

2. If the court appointed a guardian for the estate of any minor children above, give the name and address of the guardian and attach a copy of the court appointment papers. Natural parentage or custody as a result of a divorce do not constitute guardianship.

Name

Address (Number, street, apt. no.)

City, State, ZIP code

3. If the court did not appoint a guardian for the estate of any minor children, will it appoint one later?
   ☐ Yes   ☐ No

## Part E. Information About the Deceased's Estate

1. If the court appointed an executor or administrator to settle the deceased's estate, give his/her name and address and attach a copy of the court appointment papers.

Name

Address (Number, street, apt. no.)

City, State, ZIP code

2. If the court did not appoint an executor or administrator, will it appoint one later?
   ☐ Yes   ☐ No

## Part F. Your Certification (Everyone must complete this part)

Are you claiming accidental death benefits (did the deceased die solely through violent, external, and accidental means)? If "Yes", submit coroners and police reports, news clippings, and any other available reports concerning the accident. MetLife cannot consider a claim for such benefits if the deceased separated or retired before the accident.
   ☐ Yes   ☒ No

If your claim is for less than $5,000, MetLife will mail you a check. If your claim is for $5,000 or more, you must choose one of two payment options. See Page 2 for details. See Page 3 to make your selection.

Your name (Please print)
Fredericka Atkinson Norris

Address (Number, street, apt. no.)
~~████████████~~

City, State, ZIP code
Douglasville GA 30019

FEGLI death benefits are not subject to Federal income tax, but the interest that MetLife pays on those benefits is subject to such tax. MetLife will report all interest payments to the Internal Revenue Service (IRS).

Your Social Security Number   or   Estate / Trust / Tax ID Number
~~██████~~ | | 0|4|4|0|1| | | | |

Under penalty of perjury, I certify:

1. That the number shown on this form is my correct taxpayer identification number; and
2. That I am NOT subject to backup withholding because: (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends; or (b) the IRS has notified me that I am no longer subject to backup withholding.
If you are currently subject to backup withholding, check this box: ☐
3. I am a U.S. citizen or a U.S. resident for tax purposes.   Check one: ☒ Yes   ☐ No
If you are not a U.S. citizen or resident for tax purposes, MetLife will send you a W-8BEN that you are required to complete to certify your foreign status.

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

_Fredericka A. Norris_

My signature (Do not print)

(678) 800-4720   (678) 800-4720
Area Code   Daytime telephone no.   Area Code   Evening telephone no.

Warning – If you knowingly and willfully make any materially false, fictitious or fraudulent statement or representation on this form, or conceal a material fact related to the requests for information on this form, you may be subject to a monetary fine or imprisonment for not more than five years, or both, under 18 U.S.C. 1001.

Form FE-6
Revised February 2011
MetLife OFEGLI Form in Adobe Acrobat PDF (02/11)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBIT "J"
PLAINTIFF'S COMPLAINT p. 11

DESCRIPTION:

The FEGLI Program Handbook stated that for retired insured individuals,

OFEGLI would process the death benefits claim(s) after it received the insurance

certification from OPM's Retirement Operations Center and the claim form(s)

from the claimant(s). *See* OPM FEGLI Program Handbook, Section titled "Retired

or Receiving Compensation at the Time of Death," *supra* at 197. A true and

correct copy of the cited page is attached hereto as Exhibit "J."

COPY

The supporting documentation must include all of your designations of beneficiary (if any). Your employing office must also send all of your FEGLI election forms, any assignments and any court order(s) on file that direct payment of FEGLI benefits.

A dismemberment claim must include a physician's statement and a *Claim for Accidental Means Dismemberment Benefits* (FE-7).

## Filing a Claim

### Active Employee at Time of Death

If you are employed at the time of your death, your family or other individual(s) should provide notification of your death to your employing office. Your employing office will provide a copy of the *Claim for Death Benefits* (FE-6) to the person(s) who appear eligible to claim benefits, although the agency does not determine who is eligible. Each claimant must submit a separate claim form to your employing office.

Your employing office will forward the claim(s) to OFEGLI, along with the *Agency Certification of Insurance Status* (SF 2821), all of your completed original designations of beneficiary, any assignment forms, any court orders on file, and any other election forms and documents relating to your insurance status. However, your employing office may tell your survivors/beneficiaries to send their claim forms and other documentation directly to OFEGLI.

OFEGLI will process the claim(s) once it has received the insurance certification from your employing office and the claim form(s) from the claimant(s).

### Retired or Receiving Compensation at the Time of Death

If you are retired or insured due to receipt of Federal Workers' Compensation Programs (OWCP) benefits at the time of your death, your claimant(s) should report your death to OPM at 1-888-US-OPM-RET (1-888-767-6738) outside the Washington, DC, metropolitan area or 202-606-0500 within the Washington, DC metropolitan area. Claimants may also report the death online at http://www.opm.gov/insure/life/death_1.asp.

OPM will mail a *Claim for Death Benefits* (FE-6) form to the person who reports your death. Each claimant must submit a separate claim form to the Office of Federal Employees' Group Life Insurance (OFEGLI) at P.O. Box 6512 Utica, NY 13504-6512, not to OPM. OPM will send certification of the insured's FEGLI coverage to OFEGLI.

OFEGLI will process the claim(s) once it has received the insurance certification from OPM's Retirement Operations Center and the claim form(s) from the claimant(s).

Exhibit "J"
Norris v. MetLife
Civil Action No. _____

31

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Fredericka A. Norris,      )
                     )
      Plaintiff,     )    CIVIL ACTION NO.
                     )    _____
                     )
      vs.          )
                     )
Metropolitan Life Insurance  )
Company             )
                     )
      Defendant.   )

## EXHIBIT "K"
### PLAINTIFF'S COMPLAINT p. 12

DESCRIPTION:

The FEGLI Program Handbook stated as follows: "OFEGLI is required to obtain verification before making payments to beneficiaries of insured individuals with $200,000 or more of FEGLI coverage, to verify any unclear certification and to resolve any discrepancies before OFEGLI can authorize payment of benefits." *See* OPM FEGLI Program Handbook, Section titled "Prepayment Verification," *supra* at 200. A true and correct copy of the cited page is attached hereto as Exhibit "K."



### Pre-payment Verification

OFEGLI is required to obtain verification before making payment to beneficiaries of insured individuals with $200,000 or more of FEGLI coverage, and, at their discretion, to verify any unclear certification. When seeking pre-payment verification, OFEGLI asks for the insured's current salary, annual salary (if different), and details on enrollment in Optional insurance, if applicable.

Any discrepancies identified in the claims selected for pre-payment verification must be resolved before OFEGLI can authorize payment of benefits.

Employing offices must cooperate with OFEGLI in doing these pre-payment verifications and resolutions of discrepancies. This will ensure timely payments to the beneficiaries.

### Death during 31-day Extension of Coverage

If you die after your FEGLI terminates, but within the 31-day extension of coverage, your employing office must make sure that the *Agency Certification of Insurance Status* (SF 2821) shows the date of and reason for termination of insurance coverage, not the date of your death. The 31-day extension of coverage does not include Accidental Death &Dismemberment (AD&D) coverage.

The 31-day extension only applies to terminated coverage. It does not apply when you voluntarily waive or cancel coverage.

## AMOUNT OF DEATH BENEFIT PAYABLE

The amount of death benefit payable is always the amount of insurance in force on the date of your death. It will be based on your annual rate of basic pay and the FEGLI coverage you are enrolled in on the date of death. The "regular" death benefit (Basic and Option A and Option B if applicable) is payable regardless of the cause of death. For employees, accidental death benefits may also be payable, depending on the cause of death. Accidental Death and Dismemberment (AD&D) coverage stops when your employment ends. It does not carry into retirement.

You cannot have more than one amount of each type of insurance in force, even if you are concurrently employed, or even if you were employed under different retirement systems. In the event there seems to be overlapping amounts of insurance, the higher amount will be paid.

Exhibit "K"
Norris v. MetLife
Civil Action No.

33

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | **CIVIL ACTION NO.** |
| | ) | _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

### EXHIBIT "L."
### PLAINTIFF'S COMPLAINT p. 13

DESCRIPTION:

The FEGLI Program Handbook stated the following: "Any discrepancies identified in the claims selected for pre-payment verification must be resolved before OFEGLI can authorize payment of benefits." *Id.* A true and correct copy of the cited page is attached hereto as Exhibit "L."



## Pre-payment Verification

OFEGLI is required to obtain verification before making payment to beneficiaries of insured individuals with $200,000 or more of FEGLI coverage, and, at their discretion, to verify any unclear certification. When seeking pre-payment verification, OFEGLI asks for the insured's current salary, annual salary (if different), and details on enrollment in Optional insurance, if applicable.

Any discrepancies identified in the claims selected for pre-payment verification must be resolved before OFEGLI can authorize payment of benefits.

Employing offices must cooperate with OFEGLI in doing these pre-payment verifications and resolutions of discrepancies. This will ensure timely payments to the beneficiaries.

## Death during 31-day Extension of Coverage

If you die after your FEGLI terminates, but within the 31-day extension of coverage, your employing office must make sure that the *Agency Certification of Insurance Status* (SF 2821) shows the date of and reason for termination of insurance coverage, not the date of your death. The 31-day extension of coverage does not include Accidental Death &Dismemberment (AD&D) coverage.

The 31-day extension only applies to terminated coverage. It does not apply when you voluntarily waive or cancel coverage.

# AMOUNT OF DEATH BENEFIT PAYABLE

The amount of death benefit payable is always the amount of insurance in force on the date of your death. It will be based on your annual rate of basic pay and the FEGLI coverage you are enrolled in on the date of death. The "regular" death benefit (Basic and Option A and Option B if applicable) is payable regardless of the cause of death. For employees, accidental death benefits may also be payable, depending on the cause of death. Accidental Death and Dismemberment (AD&D) coverage stops when your employment ends. It does not carry into retirement.

You cannot have more than one amount of each type of insurance in force, even if you are concurrently employed, or even if you were employed under different retirement systems. In the event there seems to be overlapping amounts of insurance, the higher amount will be paid.

Exhibit "L"
Norris v. MetLife
Civil Action No.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Fredericka A. Norris,                    )
                                         )
            Plaintiff,                   )    CIVIL ACTION NO.
                                         )    _____
                                         )
        vs.                              )
                                         )
                                         )
Metropolitan Life Insurance              )
Company                                  )
                                         )
            Defendant.                   )

## EXHIBIT "M"
## PLAINTIFF'S COMPLAINT p. 14

DESCRIPTION:

A true and correct copy of the OFEGLI letter is attached hereto as Exhibit "M."



**MetLife®**

OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE
PO BOX 6512
UTICA, NY 13504-6512

COPY

July 26, 2012

Ms. Fredericka A Noms

Dacula GA 30019

Re:    Insured – Fred Sellers
       Claim Number – 2012 04 04479

Dear Ms. Noms:

We have received your claim form for the life insurance benefits of Fred Sellers under the Federal Employees' Group Life Insurance (FEGLI).

We want you to know that we are sorry for your loss.

The Metropolitan Life Insurance Company (MetLife) pays claims for the FEGLI Program through its administrative office, the Office of Federal Employees' Group Life Insurance (OFEGLI). OFEGLI must pay the life insurance benefits to the beneficiary according to Federal law, as described in the enclosed Order of Payment document.

For the reasons detailed below, we must deny your claim.

The latest designation of beneficiary SF2823/SF54 completed by Fred Sellers on March 12, 2012 under the Federal Employees' Group Life Insurance is invalid because it was not received by the Office of Personnel Management before the insured date of death.

The insurance benefits have been paid.  We regret that we cannot process your claim for payment.

For more information on FEGLI policies, please visit the Office of Personnel Management's website at: www.opm.gov/insure/life.

If you have any questions, you can call me at 315-792-7014 or you may call our toll-free number 1-800-633-4542.

Sincerely,

Erin Palumbo
Case Management Specialist

Enclosure

Exhibit "M"
Norris v. MetLife
Civil Action No.

10M Denial 02/12

37

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT "N"
### PLAINTIFF'S COMPLAINT p. 14

DESCRIPTION:

A true and correct copy of the Order of Payment document is attached hereto as Exhibit "N."

# COPY                    **Order of Payment**

*By Federal Law, the Office of Federal Employees' Group Life Insurance (OFEGLI) pays benefits in this order:*

A. If the Insured **assigned ownership** of his/her insurance (usually by filing an RI 76-10 Assignment of Life Insurance) OFEGLI will pay:

   First, to the beneficiary(ies) the assignee(s) validly designated;

   Second, if none, to the assignee(s).

B. If the Insured **did not assign ownership** and there is a **valid court order\*** on file with the agency or OPM, as appropriate, OFEGLI will pay benefits according to the court order.

C. If the Insured **did not assign ownership** and there is **no valid court order\*** on file with the agency or OPM, as appropriate, then OFEGLI will pay:

   First, to the beneficiary(ies) the Insured validly designated;

   Second, if none, to the Insured's widow or widower;

   Third, if none of the above, to the Insured's child or children and the descendants of any deceased children (a court will usually have to appoint a guardian to receive payment for a minor child);

   Fourth, if none of the above, to the Insured's parents in equal shares, or the entire amount to the surviving parent;

   Fifth, if none of the above, to the court-appointed executor or administrator of the Insured's estate;

   Sixth, if none of the above, to the Insured's other next of kin entitled under the laws of the State where the Insured lived.

\*A valid court order is a court decree, court order or court-approved property settlement agreement incident to a decree of divorce, annulment or legal separation. If the Insured was an employee or compensationer in the first 12 months of non-pay status at the time of death, his or her employing office must have received a certified copy of the court order on or after July 22, 1998, and before the Insured's death. If the Insured was retired, or was a compensationer who separated or completed 12 months of non-pay status, the Office of Personnel Management must have received a certified copy of the court order on or after July 22, 1998, and before the Insured's death.

Exhibit "N"
Norris v. MetLife
Civil Action No.

39

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

Fredericka A. Norris,      )
                     )
       Plaintiff,      )     CIVIL ACTION NO.
                     )
                     )     _____
       vs.           )
                     )
Metropolitan Life Insurance    )
Company                 )
                     )
       Defendant.     )

## EXHIBIT "O"
### PLAINTIFF'S COMPLAINT p. 22

DESCRIPTION:

Defendant was required to pay FEGLI Policy death benefit claims in accordance with a covered retiree's Designation of Beneficiary form being both *valid and received by OPM before the covered retiree's date of death.* See OPM FEGLI Program Handbook, Section titled "Designation of Beneficiary," *supra* at 159-160. A true and correct copy of the cited page is attached hereto as Exhibit "O."

COPY

- If you want benefits to go to a trust you have established for your minor children; or
- If evidence of a valid marriage or dissolution of a marriage is not readily available.

## Who Can Make a Designation?

Any insured employee, annuitant, or compensationer may designate a beneficiary. *Exception*: If you have assigned your insurance, you cannot designate a beneficiary. The right to designate a beneficiary transfers to your assignee(s).

Designations cannot be made by someone with a power of attorney or by a court-appointed guardian, conservator, trustee, or committee. No one can designate benefits on behalf of an insured person or assignee. Only the insured person or assignee can designate benefits.

If an insured employee, annuitant, or compensationer cannot sign a designation because of a physical impairment, but is otherwise competent, he/she can sign with an "X". If an insured employee, annuitant, or compensationer is not competent, he/she cannot complete and sign a designation form.

## Designation Form

The SF 2823 (*Designation of Beneficiary*) is the preferred way for you to make a designation for your FEGLI benefits. You can find instructions on how to complete the SF 2823 on the reverse side of the form.

Your employing office must receive the valid and properly completed form *before you die*. If you are retired or insured as a compensationer, you must submit the SF 2823 to OPM. The address is: Retirement Operations Center, P.O. Box 45, Boyers, PA 16017-0045. OPM must receive the valid and properly completed form before you die.

When you complete the SF 2823, your signature must be witnessed by two persons. These witnesses must also sign the SF 2823 and give their addresses. A witness cannot be someone you are naming on the form as a beneficiary.

A designation made in any other document is not valid unless the designation is specifically for your FEGLI benefits, the document is signed by you, witnessed and signed by two persons not named as beneficiaries, received by the appropriate office before you die, and does not contain any errors that would make it invalid.

The SF 2823 requests the social security number of your beneficiary. If your beneficiary does not have a social security number, you should leave that space blank. In addition, if you do not know your beneficiary's social security number or do not want to provide it, you should leave that space blank. Your employing office will still accept the form. Having the social security number will help the Office of Federal Employees' Group Life Insurance (OFEGLI) locate

Exhibit "O"
Norris v. MetLife
Civil Action No.



missing beneficiaries and therefore speed up the payment process for difficult cases. However, the number is not absolutely necessary.

## Receipt before Death

*Your employing office must receive your designation of beneficiary before you die for your designation to be valid.* For retirees and those insured as compensationers, OPM is your employing agency. A designation delivered on a weekend or Federal holiday or a day when the office is closed for any reason is not "received," and is not valid, until the next workday. If you die before your employing office's receipt of a new designation of beneficiary, benefits will be paid in accordance with your previous designation on file or under the order of precedence, if there is no previous valid designation.

You should make sure that you obtain the duplicate copy (or copy of the original) of your designation, signed and receipted by an authorized official of your employing agency, to ensure that your designation is properly on file.

## Importance of Updating Designations

It is your responsibility to ensure that your designation of beneficiary remains accurate and reflects your intentions. Benefits will be paid based on a valid designation, regardless of whether that designation still reflects your intentions.

You may want to consider completing a new designation form whenever you have a significant change in your life, such as a marriage, divorce, or death. Be sure it remains accurate and reflects your intentions. A divorce does not invalidate a designation that names your former spouse as beneficiary. You need to complete a new SF 2823 to remove a former spouse.

You need to keep your designated beneficiaries' addresses current. If you do not, OFEGLI may not be able to locate your beneficiary, and therefore benefits will not be paid to that person. The preferred way is to file a new designation of beneficiary whenever a beneficiary's address (or name) changes. You may also ask your employing office to attach a beneficiary's new address to your current designation of beneficiary form; your employing office needs to ensure the attachment is forwarded along with the designation of beneficiary form when you retire or die. A new address cannot be added directly to the designation of beneficiary form itself, since any cross outs, erasures, or alterations in your form may invalidate it.

## Naming Multiple Beneficiaries

If you want to name more than one beneficiary, there are two ways you can do this:

- You can designate percentages or fractions to go to each person, e.g., 50 Percent (or 1/2) to Kirby, 25 Percent (or 1/4) to Kelly, and 25 Percent (or 1/4) to Lester. The total must add up to 100 Percent (or 1.0 for fractions).

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

## EXHIBIT "A"
## PLAINTIFF'S COMPLAINT p. 23

DESCRIPTION:

OPM has recognized that the duty to properly administer the contract – i.e. the

duty of care – belongs to Defendant.  United States Office of Personnel

Management, Federal Employees' Group Life Insurance (FEGLI) Program

Handbook (July 2008), Section titled "What Is FEGLI?," page 1, ("FEGLI

Program Handbook") *available at* http://www.opm.gov/healthcare-insurance/life-

insurance/reference-materials/handbook.pdf  last visited March 31, 2014.  A true and

correct copy of the cited page is attached hereto as Exhibit "A."

# INTRODUCTION

COPY

- What Is FEGLI?
- FEGLI at a Glance
- OPM Responsibilities
- OFEGLI Responsibilities
- Agency Responsibilities
- Insured Individual Responsibilities
- Correction of Errors
- Incontestability
- Initial Decision and Reconsideration
- Historical Information

## WHAT IS FEGLI?

The Federal Employees' Group Life Insurance (FEGLI) Program is a life insurance program for Federal and Postal employees and annuitants, authorized by law (chapter 87 of title 5, United States Code). The Office of Personnel Management (OPM) administers the Program and sets the premiums. The FEGLI regulations are in title 5 of the Code of Federal Regulations, part 870.

FEGLI is group term life insurance. It does not build up cash value. You cannot take a loan out against your FEGLI insurance.

OPM has a contract with the Metropolitan Life Insurance Company (MetLife) to provide this life insurance. The MetLife has an office called OFEGLI (the Office of Federal Employees' Group Life Insurance). OFEGLI is the contractor that adjudicates claims under the FEGLI Program.

## FEGLI AT A GLANCE

- Purpose
- Law and Regulations
- Basic Insurance
- Optional Insurance
- Accidental Death and Dismemberment Benefits
- Election
- Effective Date
- Waiver/Cancellation of

- Effect of Separation from Service on Waiver
- Termination of Insurance
- 31-Day Extension of Coverage and Conversion of Insurance
- Eligibility for Life Insurance as an Annuitant or Compensationer
- Post-65 Reductions in the Amount of Insurance

Exhibit "A"
Norris v. MetLife
Civil Action No.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Fredericka A. Norris, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | |
| | ) | _____ |
| vs. | ) | |
| | ) | |
| | ) | |
| Metropolitan Life Insurance | ) | |
| Company | ) | |
| | ) | |
| Defendant. | ) | |

EXHIBIT "B"
PLAINTIFF'S COMPLAINT p. 23

DESCRIPTION:

OPM has recognized that the duty to properly administer the contract – i.e.

the duty of care – belongs to Defendant.  *Id.* at p. 11, Section titled "OFEGLI

Responsibilities".  A true and correct copy of the cited page is attached hereto as

Exhibit "B."

 **OFEGLI RESPONSIBILITIES**

OFEGLI's responsibilities include:

- Processing and paying claims;
- Determining whether an insured individual is eligible for a living benefit;
- Determining whether accidental death and dismemberment benefits are payable;
- Determining an employee's eligibility to cancel a waiver of insurance based on satisfactory medical information; and
- Processing requests for conversion.

# AGENCY RESPONSIBILITIES

- **Headquarters Insurance Officer;**
- **Field Installation Responsibilities;**
- **Counseling;**
- **Other Agency Responsibilities; and**
- **Life Insurance Questions.**

## Headquarters Insurance Officer

The head of each agency must designate a person to serve as the headquarters Insurance Officer (Insurance Officer) for the agency. The agency must notify OPM of the designee's name or any change in the designation. The Insurance Officer is OPM's contact for agency-wide insurance matters.

The agency can email their notification to benefits@opm.gov.

## Field Installation Responsibilities

The head of each agency is responsible for appointing staff at the employing office level who will be responsible for certifying and processing claims, notices, or other information.

An agency may also delegate responsibility for counseling and advising employees and maintaining records to decentralized local operating offices or field installations.

Exhibit "B"
Norris v. MetLife
Civil Action No.

46

CIVIL COVER SHEET

JS44 (Rev. 1/13 NDGA)

The JS44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket record. (SEE INSTRUCTIONS ATTACHED)

## I. (a) PLAINTIFF(S)

Fredericka A. Norris

## DEFENDANT(S)

Metropolitan Life Insurance Company

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Gwinnett
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** Foreign - New York, New York
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS** (FIRM NAME, ADDRESS, TELEPHONE NUMBER, AND E-MAIL ADDRESS)

Sandra D. Glaze
Glaze Law, P.C.
1755 North Brown Road, Ste. 200
Lawrenceville, Georgia 30043
(678) 690-5175
sandraglaze@glazelaw.com

**ATTORNEYS** (IF KNOWN)

Unknown - Registered Agent in GA is CT Corporation System, 1201 Peachtree Street, NE, Atlanta, Georgia 30361

## II. BASIS OF JURISDICTION
(PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. GOVERNMENT PLAINTIFF
- [ ] 2 U.S. GOVERNMENT DEFENDANT
- [X] 3 FEDERAL QUESTION (U.S. GOVERNMENT NOT A PARTY)
- [ ] 4 DIVERSITY (INDICATE CITIZENSHIP OF PARTIES IN ITEM III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(FOR DIVERSITY CASES ONLY)

| PLF | DEF | | PLF | DEF | |
|---|---|---|---|---|---|
| [X] 1 | [ ] 1 | CITIZEN OF THIS STATE | [ ] 4 | [ ] 4 | INCORPORATED OR PRINCIPAL PLACE OF BUSINESS IN THIS STATE |
| [ ] 2 | [ ] 2 | CITIZEN OF ANOTHER STATE | [ ] 5 | [X] 5 | INCORPORATED AND PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE |
| [ ] 3 | [ ] 3 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 6 | [ ] 6 | FOREIGN NATION |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 ORIGINAL PROCEEDING
- [ ] 2 REMOVED FROM STATE COURT
- [ ] 3 REMANDED FROM APPELLATE COURT
- [ ] 4 REINSTATED OR REOPENED
- [ ] 5 TRANSFERRED FROM ANOTHER DISTRICT (Specify District)
- [ ] 6 MULTIDISTRICT LITIGATION
- [ ] 7 APPEAL TO DISTRICT JUDGE FROM MAGISTRATE JUDGE JUDGMENT

## V. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE - DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

FEGLIA at 5 USC 8701, et. seq. Action for breach of contract, fraud, negligent misrepresentation and negligence resulting from failure of Defendant to pay the death benefit proceeds of an Insured's life insurance contract under the FEGLI program and terms of Insured's Policy to Plaintiff instead of to third parties in violation of FEGLIA (Federal Employees' Group Life Insurance Act)

**(IF COMPLEX, CHECK REASON BELOW)**

- [ ] 1. Unusually large number of parties.
- [ ] 2. Unusually large number of claims or defenses.
- [ ] 3. Factual issues are exceptionally complex
- [ ] 4. Greater than normal volume of evidence.
- [ ] 5. Extended discovery period is needed.
- [ ] 6. Problems locating or preserving evidence
- [ ] 7. Pending parallel investigations or actions by government.
- [ ] 8. Multiple use of experts.
- [ ] 9. Need for discovery outside United States boundaries.
- [ ] 10. Existence of highly technical issues and proof.

**CONTINUED ON REVERSE**

FOR OFFICE USE ONLY

# VI. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT - "0" MONTHS DISCOVERY TRACK**
- ☐ 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
- ☐ 152 RECOVERY OF DEFAULTED STUDENT LOANS (Excl. Veterans)
- ☐ 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS

**CONTRACT - "4" MONTHS DISCOVERY TRACK**
- ☒ 110 INSURANCE
- ☐ 120 MARINE
- ☐ 130 MILLER ACT
- ☐ 140 NEGOTIABLE INSTRUMENT
- ☐ 151 MEDICARE ACT
- ☐ 160 STOCKHOLDERS' SUITS
- ☐ 190 OTHER CONTRACT
- ☐ 195 CONTRACT PRODUCT LIABILITY
- ☐ 196 FRANCHISE

**REAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 210 LAND CONDEMNATION
- ☐ 220 FORECLOSURE
- ☐ 230 RENT LEASE & EJECTMENT
- ☐ 240 TORTS TO LAND
- ☐ 245 TORT PRODUCT LIABILITY
- ☐ 290 ALL OTHER REAL PROPERTY

**TORTS - PERSONAL INJURY - "4" MONTHS DISCOVERY TRACK**
- ☐ 310 AIRPLANE
- ☐ 315 AIRPLANE PRODUCT LIABILITY
- ☐ 320 ASSAULT, LIBEL & SLANDER
- ☐ 330 FEDERAL EMPLOYERS' LIABILITY
- ☐ 340 MARINE
- ☐ 345 MARINE PRODUCT LIABILITY
- ☐ 350 MOTOR VEHICLE
- ☐ 355 MOTOR VEHICLE PRODUCT LIABILITY
- ☐ 360 OTHER PERSONAL INJURY
- ☐ 362 PERSONAL INJURY - MEDICAL MALPRACTICE
- ☐ 365 PERSONAL INJURY - PRODUCT LIABILITY
- ☐ 367 PERSONAL INJURY - HEALTH CARE/ PHARMACEUTICAL PRODUCT LIABILITY
- ☐ 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**TORTS - PERSONAL PROPERTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 370 OTHER FRAUD
- ☐ 371 TRUTH IN LENDING
- ☐ 380 OTHER PERSONAL PROPERTY DAMAGE
- ☐ 385 PROPERTY DAMAGE PRODUCT LIABILITY

**BANKRUPTCY - "0" MONTHS DISCOVERY TRACK**
- ☐ 422 APPEAL 28 USC 158
- ☐ 423 WITHDRAWAL 28 USC 157

**CIVIL RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 441 VOTING
- ☐ 442 EMPLOYMENT
- ☐ 443 HOUSING/ ACCOMMODATIONS
- ☐ 444 WELFARE
- ☐ 440 OTHER CIVIL RIGHTS
- ☐ 445 AMERICANS with DISABILITIES - Employment
- ☐ 446 AMERICANS with DISABILITIES - Other
- ☐ 448 EDUCATION

**IMMIGRATION - "0" MONTHS DISCOVERY TRACK**
- ☐ 462 NATURALIZATION APPLICATION
- ☐ 465 OTHER IMMIGRATION ACTIONS

**PRISONER PETITIONS - "0" MONTHS DISCOVERY TRACK**
- ☐ 463 HABEAS CORPUS- Alien Detainee
- ☐ 510 MOTIONS TO VACATE SENTENCE
- ☐ 530 HABEAS CORPUS
- ☐ 535 HABEAS CORPUS DEATH PENALTY
- ☐ 540 MANDAMUS & OTHER
- ☐ 550 CIVIL RIGHTS - Filed Pro se
- ☐ 555 PRISON CONDITION(S) - Filed Pro se
- ☐ 560 CIVIL DETAINEE: CONDITIONS OF CONFINEMENT

**PRISONER PETITIONS - "4" MONTHS DISCOVERY TRACK**
- ☐ 550 CIVIL RIGHTS - Filed by Counsel
- ☐ 555 PRISON CONDITION(S) - Filed by Counsel

**FORFEITURE/PENALTY - "4" MONTHS DISCOVERY TRACK**
- ☐ 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
- ☐ 690 OTHER

**LABOR - "4" MONTHS DISCOVERY TRACK**
- ☐ 710 FAIR LABOR STANDARDS ACT
- ☐ 720 LABOR/MGMT. RELATIONS
- ☐ 740 RAILWAY LABOR ACT
- ☐ 751 FAMILY and MEDICAL LEAVE ACT
- ☐ 790 OTHER LABOR LITIGATION
- ☐ 791 EMPL. RET. INC. SECURITY ACT

**PROPERTY RIGHTS - "4" MONTHS DISCOVERY TRACK**
- ☐ 820 COPYRIGHTS
- ☐ 840 TRADEMARK

**PROPERTY RIGHTS - "8" MONTHS DISCOVERY TRACK**
- ☐ 830 PATENT

**SOCIAL SECURITY - "0" MONTHS DISCOVERY TRACK**
- ☐ 861 HIA (1395ff)
- ☐ 862 BLACK LUNG (923)
- ☐ 863 DIWC (405(g))
- ☐ 863 DIWW (405(g))
- ☐ 864 SSID TITLE XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS - "4" MONTHS DISCOVERY TRACK**
- ☐ 870 TAXES (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - THIRD PARTY 26 USC 7609

**OTHER STATUTES - "4" MONTHS DISCOVERY TRACK**
- ☐ 375 FALSE CLAIMS ACT
- ☐ 400 STATE REAPPORTIONMENT
- ☐ 430 BANKS AND BANKING
- ☐ 450 COMMERCE/ICC RATES/ETC.
- ☐ 460 DEPORTATION
- ☐ 470 RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS
- ☐ 480 CONSUMER CREDIT
- ☐ 490 CABLE/SATELLITE TV
- ☐ 891 AGRICULTURAL ACTS
- ☐ 893 ENVIRONMENTAL MATTERS
- ☐ 895 FREEDOM OF INFORMATION ACT
- ☐ 950 CONSTITUTIONALITY OF STATE STATUTES
- ☐ 890 OTHER STATUTORY ACTIONS
- ☐ 899 ADMINISTRATIVE PROCEDURES ACT / REVIEW OR APPEAL OF AGENCY DECISION

**OTHER STATUTES - "8" MONTHS DISCOVERY TRACK**
- ☐ 410 ANTITRUST
- ☐ 850 SECURITIES / COMMODITIES / EXCHANGE

**OTHER STATUTES - "0" MONTHS DISCOVERY TRACK**
- ☐ 896 ARBITRATION (Confirm / Vacate / Order / Modify)

**\* PLEASE NOTE DISCOVERY TRACK FOR EACH CASE TYPE. SEE LOCAL RULE 26.3**

---

# VII. REQUESTED IN COMPLAINT:

☐ CHECK IF CLASS ACTION UNDER F.R.Civ.P. 23    DEMAND $_____

JURY DEMAND ☐ YES ☒ NO (CHECK YES ONLY IF DEMANDED IN COMPLAINT)

---

# VIII. RELATED/REFILED CASE(S) IF ANY    NONE

JUDGE_____    DOCKET NO._____

CIVIL CASES ARE DEEMED RELATED IF THE PENDING CASE INVOLVES: (CHECK APPROPRIATE BOX)
- ☐ 1. PROPERTY INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 2. SAME ISSUE OF FACT OR ARISES OUT OF THE SAME EVENT OR TRANSACTION INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 3. VALIDITY OR INFRINGEMENT OF THE SAME PATENT, COPYRIGHT OR TRADEMARK INCLUDED IN AN EARLIER NUMBERED PENDING SUIT.
- ☐ 4. APPEALS ARISING OUT OF THE SAME BANKRUPTCY CASE AND ANY CASE RELATED THERETO WHICH HAVE BEEN DECIDED BY THE SAME BANKRUPTCY JUDGE.
- ☐ 5. REPETITIVE CASES FILED BY PRO SE LITIGANTS.
- ☐ 6. COMPANION OR RELATED CASE TO CASE(S) BEING SIMULTANEOUSLY FILED (INCLUDE ABBREVIATED STYLE OF OTHER CASE(S)):

- ☐ 7. EITHER SAME OR ALL OF THE PARTIES AND ISSUES IN THIS CASE WERE PREVIOUSLY INVOLVED IN CASE NO._____ , WHICH WAS DISMISSED. This case ☐ IS ☐ IS NOT (check one box) SUBSTANTIALLY THE SAME CASE.

---

_(signature)_    4-3-14

SIGNATURE OF ATTORNEY OF RECORD    R. Plantiff    DATE